# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 2:14-CV-403-FTM-29CM

CPA2014008852

Plaintiff:
**ARNOLD MCALLISTER, an individual,**

vs.

Defendant:
**LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS, et al.,**

For:
Benjamin H. Yormak, Esquire
Yormak Employment & Disability Law Group
9990 Coconut Road
Suite 206
Bonita Springs, FL 34135

Received by ATTORNEYS SUBPOENA SERVICE, INC. on the 10th day of October, 2014 at 2:28 pm to be served on **LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS, 2115 SECOND STREET, FORT MYERS, Lee County, FL 33901**.

I, Ernest Averill, Jr., do hereby affirm that on the **13th day of October, 2014** at **11:35 am, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **SONJA HURST** as **PARALEGAL FOR COUNTY ATTORNEY** for **LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. **"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525.** Notary not required.

**Ernest Averill, Jr.**
CPS # 157234

**ATTORNEYS SUBPOENA SERVICE, INC.**
**2285 1st Street**
**Fort Myers, FL 33901**
**(239) 337-3783**

Our Job Serial Number: CPA-2014008852

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

ARNOLD MCALLISTER, an individual,

*Plaintiff(s)*

v.

LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS, KIM DICKERSON, an individual, and CHRISTINE BRADY, an individual,

*Defendant(s)*

Civil Action No. 2:14-cv-403-FtM-29CM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS
2115 SECOND STREET
FORT MYERS, FLORIDA 33901

INITIALS OF SERVER: EA
DATE OF SERVICE: 10-13-14
TIME OF SERVICE: 11:35a
I.D. # IF APPLICABLE: 157234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin H. Yormak, Esq.
9990 Coconut Road
Bonita Springs, Florida 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/23/14

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ________________ .

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________________, a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________ on *(date)* ________________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: