# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

ARNOLD MCALLISTER, an
individual

       Plaintiff,

v.                               Case No:  2:14-cv-403-FtM-29CM

LEE COUNTY, FLORIDA BOARD
OF COUNTY COMMISSIONERS,
KIM DICKERSON and
CHRISTINE BRADY,

       Defendants.

_____

## ORDER

      Before the Court is the parties' Joint Motion to Extend Deadlines in the Case Management and Scheduling Order and to Continue the Final Pretrial Conference and Trial and Memorandum of Law in Support (Doc. 31), filed on January 27, 2016. The parties seek to extend the deadlines in the Case Management and Scheduling Order (Doc. 17) because the parties are unable to complete mediation within the allotted time.   Doc. 31 at 2.   The parties state that due to scheduling conflicts, they were unable to set a mediation until March 15, 2016.   *Id.*   Thus, the parties request an extension of the deadlines in the Case Management and Scheduling Order to allow the parties to complete mediation.   *Id.*   The Court finds good cause for the extension.

ACCORDINGLY, it is hereby

**ORDERED:**

1.      Joint Motion to Extend Deadlines in the Case Management and Scheduling Order and to Continue the Final Pretrial Conference and Trial and Memorandum of Law in Support (Doc. 31) is **GRANTED**.

2.      An Amended Case Management and Scheduling Order will be issued by separate order.

3.      All other directives set for in the Case Management and Scheduling Order (Doc. 17) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of January, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record