**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**ARNOLD McALLISTER,**

    **Plaintiff,**

vs.                                              Case No. 2:14-cv-403-FtM-29CM

**LEE COUNTY, FLORIDA BOARD OF**
**COUNTY COMMISSIONERS, a political**
**subdivision of the State of Florida,**

    **Defendant.**
_____/

**INDEX TO DOCUMENTS FILED IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The following documents are filed simultaneously in support of Defendant's Motion for Summary Judgment:

1. Plaintiff's Deposition with Exhibits dated May 20, 2015.

2. Affidavit of Kim Dickerson with Exhibits dated April 22, 2016.

3. Plaintiff's Initial Disclosures dated February 9, 2015.

4. Plaintiff's Responses to Defendant's First Set of Interrogatories dated April 1, 2015.

Dated this 22nd day of April, 2016.

                                                Respectfully submitted,

                                                */s/Sacha Dyson*
                                                SACHA DYSON
                                                Florida Bar No. 509191
                                                sdyson@tsghlaw.com
                                                GREGORY A. HEARING
                                                Florida Bar No. 817790
                                                ghearing@tsghlaw.com
                                                Thompson, Sizemore, Gonzalez,
                                                  & Hearing, P.A.

> One Tampa City Center
> 201 North Franklin Street, Suite 1600
> Tampa, Florida 33602
> Telephone: (813) 273-0050
> Facsimile: (813) 273-0072
> Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing this 22nd day of April, 2016, to the following:

Benjamin H. Yormak
Yormak Disability Law Group
9990 Coconut Road, Suite 206
Bonita Springs, Florida 34135
byormak@yormaklaw.com
Attorney for Plaintiff

> */s/Sacha Dyson*
> Attorney